FILED'11 APR 27 14:26 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JEFF BRADLEY,

       Plaintiff,          Civil No. 10-6404

    v.                      ORDER

MAX WILLIAMS, et al.,

       Defendants.

AIKEN, District Judge.

    Plaintiff's Motion to Amend (#30) is allowed. Plaintiff is allowed 30 days from the date of this order to file an amended complaint.

    Defendants' motions to dismiss (#24) and (#27) are denied without prejudice to re-file insofar as the motions apply to plaintiff's amended complaint.

    Plaintiff's Motion for extension of time (#29) is denied as moot.

    DATED this 26 day of April, 2011.

                    /s/ Ann Aiken
                    Ann Aiken
                    United State District Judge

1 - ORDER